FILED

JUL 25 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
             Plaintiff,         )   CASE NO. 12CR01407-001-GT
                                )
        v.                      )   O R D E R
                                )
Ruben MELGOZA-Tirado            )
                                )
             Defendant.         )
_____)

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for 8/7/12 is vacated and reset to 10/24/12 at 9:30 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 7-25-12

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record